W. H. REYNOLDS v. HIRAM G. McMILLAN.

FILED JANUARY 2, 1895.   No. 6891.

1. **Res Adjudicata.**   The determination of this case is controlled by the decision in the case of *Reynolds v. Fisher*, 43 Neb., 172, filed at this time.

2. **Taxes: LIEN: PRIORITY.**   The lien of the taxes *held* prior and paramount to the liens of levies of attachment writs which were made subsequent to the delivery of the tax list to the county treasurer.

ERROR from the district court of Dawes county.    Tried b low before KINKAID, J.

*Thos. L. Redlon*, for plaintiff in error.

*Albert W. Crites, contra.*

HARRISON, J.

The facts in this case do not differ materially from those in the case of *Reynolds v. Fisher*, 43 Neb., 172, in which an

opinion is submitted at this time. The liens under which the right of possession was claimed by defendants were created by levying writs of attachment on the property after the tax list had been placed in the hands of the county treasurer for collection. The cases were submitted together, and the decision in that case is appropriate to this, and, in accordance with the conclusion reached, the judgment of the district court is reversed and the cause remanded.

Reversed and remanded.